# ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 544-5709
E-MAIL: alandlaw@justice.com



REC
CHAMBERS OF
AUG 2 6 2008
JUDGE SCHEINDLIN

August 26, 2008

**VIA FACSIMILE (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/08

Re:  Simmons v. Rios, et al.
     08 CV 4583
     Our File No: 2057C

Dear Judge Scheindlin:

I am the attorney for the plaintiff in the above-referenced action. Because of my process server's inability, up to this point, to make service upon the individual defendants in the action, I am hereby requesting that the conference presently scheduled before Your Honor for August 27, 2008 be adjourned to October 24, 2008.

Very truly yours,

ALAN D. LEVINE

ADL/jb

Plaintiff's request is hereby granted. The initial conference previously scheduled for August 27, 2008, at 4:30 pm is adjourned to October 24, 2008, at 4:30 pm. SO ORDERED.

Shira A. Scheindlin, U.S.D.J.

Date: 8/27/08