UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHRISTOPHER SIMMONS,

            Plaintiff,

- against -

C.O. RIOS, Shield No. 8338,
C.O. MARQUEZ, Shield No. 16071,
CORRECTION CAPTAIN MORALES
and C.O. "JOHN DOE" Nos. 1-3,

            Defendants.

------------------------------------------------------------X

08 CV 4583 (SAS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

    The Office of the United States Marshal for the Southern District of New York is hereby ordered to make service of the summons and complaint in this action upon each of the individual defendants, either through personal service or by delivering copies of the summons and complaint for each named individual defendant to an employee of the New York City Department of Correction authorized to accept service on behalf of the individual defendants and, if service is made in such a manner, by then mailing an additional copy of the summons and complaint to each individual defendant so served.

Dated: New York, New York
       August 28, 2008

SO ORDERED: _____
                    U.S.D.J.

8/28/08

# ALAN D. LEVINE
Attorney at Law
80-02 Kew Gardens Road
Suite 1010
Kew Gardens, New York 11415

(718) 793-6363
Fax (718) 544-5703

## FACSIMILE MACHINE SUMMARY SHEET

To: Hon. Shira A. Scheindlin

From: Alan D. Levine

Date: 8/28/08    Fax No: 212-805-7920

Total number of pages (including this cover sheet): 2

MESSAGE

Annexed is the proposed order for service in Simmons.

/s/ Alan D. L.

IF YOU DO NOT RECEIVE ALL THE PAGES,
PLEASE CALL BACK IMMEDIATELY (718) 793-6363

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.